UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-33553-SGJ7 |
| | § | |
| SCOTT EDWARD JOHNSON, | § | CHAPTER 7 |
| | § | |
| Debtor(s). | § | HEARING DATE:  April 1, 2010 |
| | § | HEARING TIME:  1:30 PM |
| AURORA LOAN SERVICES LLC, | § | JUDGE:  Honorable Stacey G. Jernigan |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | |
| | § | |
| SCOTT EDWARD JOHNSON; and | § | |
| DANIEL J. SHERMAN, Trustee, | § | |
| | § | |
| Respondents. | § | |
| | § | |
| | § | |

### AFFIDAVIT OF STACI KEENAN FOR AURORA LOAN SERVICES LLC

I, Staci Keenan, being duly sworn deposes and says:

1. I am employed as a Bankruptcy Processor by Aurora Loan Services LLC, ("Movant").  In this capacity, I am one of the custodians of the books, records, files and banking records of Movant, as those books, records, files and banking records pertain to the loans and extensions of credit by Movant to SCOTT EDWARD JOHNSON ("Debtors") and NUANCHAN JOHNSON (collectively the "Borrowers").  I have personally worked on said books, records, files and banking records and, as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the Movant's business records, which were made at or about the time of the events which were recorded, and which are maintained in the ordinary course of Movant's business.

2. Movant is the Owner or Servicer of the Note executed by Borrowers in the original amount of ONE MILLION TWO HUNDRED FORTY FOUR THOUSAND SIX HUNDRED DOLLARS ($1,244,600.00).

3. These records show that said Note is secured by a Deed of Trust.  Said Note and Deed of Trust represent a valid indebtedness.  The property address is 2401 Dove Road, Grapevine, Texas 76051.

4. The Books and Records of Movant show that:

    a. The approximate total outstanding balance is $1,441,735.74.

    b. That interest accrues at the rate of 7.000% per annum.

    c. The contractual due date of the account is December 1, 2008.

    d. That the account is due post-petition for:

|     | (Monthly) at | (Payment Amt.) |
| --- | --- | --- |
| 1.  | 12/1/2008 | $6,725.82 |
| 2.  | 1/1/2009  | $6,725.82 |
| 3.  | 2/1/2009  | $6,725.82 |
| 4.  | 3/1/2009  | $6,725.82 |
| 5.  | 4/1/2009  | $6,725.82 |
| 6.  | 5/1/2009  | $6,725.82 |
| 7.  | 6/1/2009  | $6,725.82 |
| 8.  | 7/1/2009  | $7,072.77 |
| 9.  | 8/1/2009  | $7,072.77 |
| 10. | 9/1/2009  | $7,072.77 |
| 11. | 10/1/2009 | $7,072.77 |
| 12. | 11/1/2009 | $7,027.77 |
| 13. | 12/1/2009 | $7,027.77 |
| 14. | 1/1/2010  | $7,027.77 |
| 15. | 2/1/2010  | $7,027.77 |

Other Fees in the amount of $1,046.00, less suspense $<2,021.86>.

    e. That the total amount necessary to reinstate the account post-petition through February 16, 2010, is $102,687.04, plus attorneys' fees and costs.

5. A true and correct copy of an accounting of the payments made on this loan is attached hereto. This accounting is kept in the normal course and scope of the business activity of Movant, and constitutes a business record of Movant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25 day of February, 2010, at Indianapolis, Indiana.

*Staci Keenan*

Subscribed and sworn to me the undersigned authority of this 25 day of feb.

*Linda Long*
Notary Public, in and for the
State of Indiana
My commission expires 4/9/11



NOTARY PUBLIC - INDIANA
MARION COUNTY
LINDA LONG
MY COMM. EXPIRES APRIL 9, 2011

Mortgagor Name: Nuanchan and Scott Johnson
Property Address: 2401 Dove Rd
Grapevine, TX 76051
Aurora Loan Number: ████2448
Original Loan Amount: $1,244,600.00
Origination Date: May 12, 2009
Interest Rate: 5.375%
Loan Terms In Months: 360
P & I Amount $4,626.11

| # | ACTUAL APPLICATION | | | | PRINCIPAL | | | ESCROW | | | | DEBTOR SUSPENSE | | | TRUSTEE SUSPENSE | | | FEES | | | CORP ADVANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Payment Due Date | Transaction Date | Amount Received | Interest | Credit (+) | Debit (-) | Principal Balance | Credit (+) | Debit (-) | Escrow Balance | Optional Insurance | Credit (+) | Debit (-) | Suspense Balance | Credit (+) | Debit (-) | Suspense Balance | Assessed (+) | Paid (-) | Fee Balance | Assessed (+) | Paid (-) | Fee Balance |
| 1 | 1-Mar-08 | | | | | | $1,320,737.00 | | | -$27,347.94 | | | | $0.50 | | | $0.00 | | | $645.48 | | | $0.00 |
| 2 | | 24-Apr-08 | | | | | $1,320,737.00 | $1,225.82 | | -$26,122.12 | | | | $0.50 | | | $0.00 | | | $645.48 | | | $0.00 |
| 3 | | 25-Apr-08 | | | | | $1,320,737.00 | $9,999.99 | | -$16,122.13 | | | | $0.50 | | | $0.00 | | | $645.48 | | | $0.00 |
| 4 | | 25-Apr-08 | | | | | $1,320,737.00 | $889.01 | | -$15,233.12 | | | | $0.50 | | | $0.00 | | | $645.48 | | | $0.00 |
| 5 | | 29-Apr-08 | | | | | $1,320,737.00 | | | -$15,233.12 | | | | $0.50 | | | $0.00 | | | $645.48 | $12.00 | | $12.00 |
| 6 | | 9-Jun-08 | $11,569.69 | | | | $1,320,737.00 | | | -$15,233.12 | | $11,569.69 | | $11,570.19 | | | $0.00 | | | $645.48 | | | $12.00 |
| 7 | | 9-Jun-08 | $430.31 | | | | $1,320,737.00 | | | -$15,233.12 | | | | $11,570.19 | | | $0.00 | | $430.31 | $215.17 | | | $12.00 |
| 8 | | 10-Jun-08 | | $8,254.61 | $3,951.25 | | $1,324,688.25 | $228.09 | | -$15,005.03 | | | $9,062.90 | $2,507.29 | | | $0.00 | | | $215.17 | | | $12.00 |
| 9 | 1-Apr-08 | 10-Jun-08 | | $8,003.33 | $3,699.97 | | $1,328,388.22 | $228.09 | | -$14,776.94 | | | | $2,507.29 | | | $0.00 | | | $215.17 | | | $12.00 |
| 10 | 1-May-08 | 11-Jun-08 | | | | | $1,328,388.22 | | | -$14,776.94 | | | | $2,507.29 | | | $0.00 | | | $215.17 | $90.00 | | $102.00 |
| 11 | | 13-Jun-08 | | | | | $1,328,388.22 | | $2,729.50 | -$17,506.44 | | | | $2,507.29 | | | $0.00 | | | $215.17 | | | $102.00 |
| 12 | | 16-Jun-08 | | | | | $1,328,388.22 | | | -$17,506.44 | | | | $2,507.29 | | | $0.00 | $215.17 | | $430.34 | | | $102.00 |
| 13 | | 10-Jul-08 | | | | | $1,328,388.22 | | $2,363.00 | -$19,869.44 | | | | $2,507.29 | | | $0.00 | | | $430.34 | | | $102.00 |
| 14 | | 16-Jul-08 | | | | | $1,328,388.22 | | | -$19,869.44 | | | | $2,507.29 | | | $0.00 | $231.31 | | $661.65 | | | $102.00 |
| 15 | | 5-Aug-08 | | | | | $1,328,388.22 | | | -$19,869.44 | | | | $2,507.29 | | | $0.00 | | | $661.65 | $12.00 | | $114.00 |
| 16 | | 25-Aug-08 | $9,062.90 | | | | $1,328,388.22 | | | -$19,869.44 | | $9,062.90 | | $11,570.19 | | | $0.00 | | | $661.65 | | | $114.00 |
| 17 | | 26-Aug-08 | | $7,748.93 | $3,445.57 | | $1,331,833.79 | $228.09 | | -$19,641.35 | | | $9,062.90 | $2,507.29 | | | $0.00 | | | $661.65 | | | $114.00 |
| 18 | 1-Jun-08 | 26-Aug-09 | | $7,491.57 | $3,188.21 | | $1,335,022.00 | $228.09 | | -$19,413.26 | | | | $2,507.29 | | | $0.00 | | | $661.65 | | | $114.00 |
| 19 | 1-Jul-08 | 13-Oct-08 | | | | | $1,335,022.00 | | | -$19,413.26 | | | | $2,507.29 | | | $0.00 | | | $661.65 | $650.00 | | $764.00 |
| 20 | | 13-Oct-08 | | | | | $1,335,022.00 | | | -$19,413.26 | | | | $2,507.29 | | | $0.00 | | | $661.65 | $150.00 | | $914.00 |
| 21 | | 23-Oct-08 | $4,854.20 | $7,231.37 | $2,605.26 | | $1,337,627.26 | $228.09 | | -$19,185.17 | | | | $2,507.29 | | | $0.00 | | | $661.65 | | | $914.00 |
| 22 | 1-Aug-08 | 23-Oct-08 | $4,854.20 | $6,966.81 | $2,340.70 | | $1,339,967.96 | $228.09 | | -$18,957.08 | | | | $2,507.29 | | | $0.00 | | | $661.65 | | | $914.00 |
| 23 | 1-Sep-08 | 23-Oct-08 | $4,854.20 | $6,699.84 | $2,073.73 | | $1,342,041.69 | $228.09 | | -$18,728.99 | | | | $2,507.29 | | | $0.00 | | | $661.65 | | | $914.00 |
| 24 | 1-Oct-08 | 23-Oct-08 | $4,854.20 | $6,430.62 | $1,804.51 | | $1,343,846.20 | $228.09 | | -$18,500.90 | | | | $2,507.29 | | | $0.00 | | | $661.65 | | | $914.00 |
| 25 | 1-Nov-08 | 23-Oct-08 | $6,357.00 | $6,299.28 | $1,673.17 | | $1,345,519.37 | $2,216.32 | | -$16,284.58 | | | $485.43 | $2,021.86 | | | $0.00 | | | $661.65 | | | $914.00 |
| 26 | 1-Dec-08 | 29-Oct-08 | | | | | $1,345,519.37 | | | -$16,284.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $926.00 |
| 27 | | 3-Feb-09 | | | | | $1,345,519.37 | | | -$16,284.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $938.00 |
| 28 | | 3-Apr-09 | | | | | $1,345,519.37 | | $2,363.00 | -$18,647.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $938.00 |
| 29 | | 3-Apr-09 | | | | | $1,345,519.37 | | $2,472.00 | -$21,119.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $938.00 |
| 30 | | 8-Apr-09 | | | | | $1,345,519.37 | $2,363.00 | | -$18,756.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $938.00 |
| 31 | | 8-May-09 | | | | | $1,345,519.37 | | | -$18,756.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $950.00 |
| 32 | | 11-Jun-09 | | | | | $1,345,519.37 | | | -$18,756.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $962.00 |
| 33 | | 16-Jun-09 | | | | | $1,345,519.37 | | $18,583.00 | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $962.00 |
| 34 | | 10-Aug-09 | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $974.00 |
| 35 | | 11-Aug-09 | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $986.00 |
| 36 | | 14-Sep-09 | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $998.00 |
| 37 | | 8-Dec-09 | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $1,010.00 |
| 38 | | 10-Dec-09 | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $1,022.00 |
| 39 | | 8-Jan-10 | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | $12.00 | | $1,034.00 |
| 40 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 41 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 42 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 43 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 44 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 45 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 46 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 47 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 48 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |
| 49 | | | | | | | $1,345,519.37 | | | -$37,339.58 | | | | $2,021.86 | | | $0.00 | | | $661.65 | | | $1,034.00 |