

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
United States Bankruptcy Judge

Signed March 31, 2010

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-33553-sgj7 |
| SCOTT EDWARD JOHNSON, | § | CHAPTER 7 |
| Debtor(s). | § | |
| AURORA LOAN SERVICES LLC, | § | |
| Movant, | § | |
| v. | § | |
| SCOTT EDWARD JOHNSON; and DANIEL J. SHERMAN, Trustee, | § | |
| Respondents. | § | |

**STIPULATED ORDER TERMINATING AUTOMATIC STAY**

Aurora Loan Services LLC (hereinafter "Movant"); Debtor, Scott Edward Johnson, by and through their respective attorneys of record; and Daniel J. Sherman, Chapter 7 Trustee, in the within matter, hereby agree to the following Stipulated Order Terminating the Automatic Stay in regard to the Real Property commonly described as 2401 Dove Road, Grapevine, Texas 76051 (hereinafter the "Real Property"), which is more fully described in the Deed of Trust. A true and correct copy of the Deed of Trust is attached hereto as exhibit A and incorporated herein by reference, and which is the subject of this Stipulation.

IT IS HEREBY STIPULATED THAT:

1. The automatic stay of 11 United States Code Section 362 shall terminate after the expiration of sixty (60) days at midnight June 1, 2010, as it applies to the enforcement by Movant of all of its rights in the Real Property under the Note and Deed of Trust.

2. The 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived;

3. At midnight June 1, 2010, Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. This Order shall remain binding and effective in any conversion of this case to

another chapter under the bankruptcy code.

###

| | |
|---|---|
| THIS ORDER WAS PREPARED AND IS BEING SUBMITTED BY:<br><br>PITE DUNCAN, LLP<br><br><br>/s/ Tracy D. Fink<br>/s/ Tracy D. Fink<br>TX Bar No. 24055887<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br>Email: ecftxnb@piteduncan.com<br>ATTORNEYS FOR MOVANT | /s/ William F. Kunofsky<br>/s/ William F. Kunofsky<br>10300 N. Central Expressway<br>Suite 252<br>Dallas, TX 75231<br>ATTORNEY FOR DEBTOR(S) |