U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_United States Bankruptcy Judge_

Signed April 24, 2010

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **SCOTT EDWARD JOHNSON** | § | CASE NO. 07-33553-SGJ-7 |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIM NO. 16

Daniel J. Sherman, Trustee, notified all parties in interest of Trustee's Objection to **Claim No. 16** on February 15, 2010. The Court having considered the pleading and any responses to the objections that were timely filed and served upon the Trustee, is of the opinion that the following Orders should be entered:

**IT IS ORDERED** that Trustee's objection to **Claim No. 16** filed as a secured claim in the amount of $25,304.38 by MHC Financial Services, Inc., c/o Regina Millan, 1600 North Corrington, Kansas City, MO 64120, is granted. **Claim No. 16** is **DISALLOWED** entirely.

# # # END OF ORDER # # #