# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 07-33553 SGJ Judge: STACEY G. JERNIGAN
Case Name: JOHNSON, SCOTT EDWARD

For Period Ending: 03/31/10

Trustee Name: DANIEL J. SHERMAN
Date Filed (f) or Converted (c): 07/30/07 (f)
341(a) Meeting Date: 10/15/07
Claims Bar Date: 01/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 2401 DOVE RD. | 750,100.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CASH | 12.00 | 0.00 | DA | 0.00 | FA |
| 3. CHASE BANK - CHECKING/SAVINGS ACCT | -411.38 | 0.00 | DA | 0.00 | FA |
| 4. DELTA COMMUNITY CU | 900.63 | 900.63 | DA | 0.00 | FA |
| ACCOUNT NO. 0000408386 | | | | | |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. BOOKS/PICTURES/ART OBJECTS/COLLECTIBLES | 27,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. WEARING APPAREL | 350.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. FURS/JEWELRY | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. SPORTS/HOBBY EQUIPMENT | 350.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. STOCK/INTEREST IN AMERICAN POWDER COATING, INC. | Unknown | 0.00 | | 39,249.82 | 0.00 |
| 5950 TENSION DR., FORT WORTH, TX 76116 - OWNERSHIP PERCENTAGE IS UNCERTAIN BUT IS BELIEVED TO BE 100%. HOWEVER, POSSIBLE EMPLOYEE OWNERSHIP MAY EXIST. 1/3 BELONGS TO BOB MUELLEN, OTHER 1/3 BELONGS TO JEREMY TAYLOR. | | | | | |
| 11. STOCK/INTEREST IN NULEEMA CORPORATION, INC. | Unknown | 0.00 | DA | 0.00 | FA |
| 100% NULEEMA CORPORATION, INC. SEE RELATED BANKRUPTCY CASE 11510 GRISSOM LANE, DALLAS, TX 75229 - JUDGMENT AND | | | | | |

LFORM1

Ver: 15.08

Case No: 07-33553 SGJ Judge: STACEY G. JERNIGAN
Case Name: JOHNSON, SCOTT EDWARD

Trustee Name: DANIEL J. SHERMAN
Date Filed (f) or Converted (c): 07/30/07 (f)
341(a) Meeting Date: 10/15/07
Claims Bar Date: 01/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| SECURITY INTERSTS IN FAVOR OF FROST NATIONAL BANK. | | | | | |
| 12. ACCT. RECEIVABLE | 404,231.00 | 404,231.00 | DA | 0.00 | FA |
| A/R FOR NULEEMA | | | | | |
| 13. PATENTS/COPYRIGHTS/OTHER INTELLECTUAL PROPERTY | 0.00 | 0.00 | DA | 0.00 | FA |
| WASN'T FINISHED - ALMOST COMPLETED WHEN BANKRUPTCY FILED | | | | | |
| 14. AUTOMOBILE - 2004 PANTERA MOTORCYCLE | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. 3 MOTOR SCOOTERS | 150.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. BOATS/MOTORS/ACCESSORIES | 50.00 | 50.00 | DA | 0.00 | FA |
| ELECTRONIC MOTORS/PUMPS | | | | | |
| 17. OFFICE EQUIPMENT/FURNISHINGS/SUPPLIES | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. MACHINERY/FIXTURES/EQUIPMENT/TOOLS | 3,500.00 | 0.00 | DA | 0.00 | FA |
| ALL TOOLS, INCLUDING EXTRA TOOLS FOR COMPANY | | | | | |
| Debtor Claimed Exemption | | | | | |
| 19. OTHER PERSONAL PROPERTY | 4,500.00 | 0.00 | DA | 0.00 | FA |
| EXERCISE EQUIPMENT AND MISC WORKOUT EQUIPMENT, PINBALL MACHINES AND GAMES, ETC. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 20. 2006 INCOME TAX REFUND (u) | 0.00 | 5,030.00 | | 5,030.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.57 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $1,200,132.25   $410,211.63       $44,294.39   $0.00

LFORM1

Ver: 15.08

Case No: 07-33553  SGJ  Judge: STACEY G. JERNIGAN
Case Name: JOHNSON, SCOTT EDWARD

Trustee Name: DANIEL J. SHERMAN
Date Filed (f) or Converted (c): 07/30/07 (f)
341(a) Meeting Date: 10/15/07
Claims Bar Date: 01/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSETS SOLD AND ALL FUNDS COLLECTED.  ACCOUNTANT EMPLOYED.  CLAIMS REVIEWED AND OBJECTIONS FILED.

Initial Projected Date of Final Report (TFR): 03/01/08   Current Projected Date of Final Report (TFR): 08/01/10